UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MARK McKEON,**

      **Plaintiff,**

vs.

CASE NO. 5:18-cv-00250-JSM-PRL

**OCWEN LOAN SERVICING, LLC,**

      **Defendant**
_____ /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, MARK McKEON, and Defendant, OCWEN LOAN SERVICING, LLC, by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above matter with prejudice. Both parties will bear their own fees and costs.

Dated this 21st day of January, 2020.

| | |
|---|---|
| */s/Aliza Malouf* | */s/ David P. Mitchell* |
| Aliza Malouf, Esq. | David P. Mitchell, Esq. |
| Florida Bar No.: 1010546 | Florida Bar No.: 067249 |
| Hunton Andrews Kurth LLP | Maney & Gordon, P.A. |
| 1445 Ross Avenue | 101 E. Kennedy Blvd., Ste 1700 |
| Suite 3700 | Tampa, Florida 33602 |
| Dallas, Texas 75202 | Tele: (813) 221-1366 |
| Tele: (214) 979-8229 | Fax: (813) 223-5920 |
| amalouf@huntonak.com | david@mitchellconsumerlaw.com |
| Counsel for Defendant | Counsel for Plaintiff |

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

    */s/ David P. Mitchell*
David P. Mitchell, Esquire
Florida Bar No.: 067249